IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01357-BNB

TODD HAROLD COOPER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 31 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DRAWING CASE

---

    Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

    DATED July 31, 2008, at Denver, Colorado.

                            BY THE COURT:

                            s/ Boyd N. Boland
                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01357-BNB

Todd Harold Cooper
Reg. No. 18256-086
PO Box 8500
ADX - Florence
Florence, CO 81226

  I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on 7/31/08

          GREGORY C. LANGHAM, CLERK

         By:_____
             Deputy Clerk