IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01357-WYD-BNB

TODD HAROLD COOPER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 7 2008

GREGORY C. LANGHAM
CLERK

Dated: August 6, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01357-WYD-BNB

Todd H. Cooper
Reg. No. 18256-086
USP - ADXMAX
PO Box 8500
Florence, CO 81226

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to The United States Attorney General; and to the United States Attorney's Office: COMPLAINT FILED 6/27/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/7/08.

                                                GREGORY C. LANGHAM, CLERK

                                                By:
                                                        Deputy Clerk