IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01357-WYD-BNB

TODD HAROLD COOPER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

---

## ORDER

---

This matter is before me on the plaintiff's **Motion to Discover** [Doc. # 23, filed 10/16/2008] (the "Motion"). I considered the Motion at the scheduling conference held today and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

Dated October 22, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge