IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No. 08-cv-01357-PAB- BNB          Date: February 12, 2009
Courtroom Deputy: Geneva D. Mattei             FTR BNB COURTROOM A-401

---

TODD HAROLD COOPER,                            Pro Se by telephone

        Plaintiff(s),

v.

USA,                                           J. Benedict Garcia
actually as named United States of America,
et al

        Defendant(s).

---

## COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in Session:     9:57 a.m.

Appearance of counsel and pro se plaintiff.

Benjamin Brieschke, attorney advisor also present by telephone.

Court's opening remarks.

Argument presented.

**ORDERED:  Plaintiff's motion to discover: defendants refusal to comply filed 1/12/09 (Doc.
36) is granted in part and denied in part as stated on the record.
Supplemental responses due on or before March 6, 2009.**

Court in Recess     11:06 a.m.    Hearing concluded.   Total time in Court:   01:09

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.