# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01357-WYD-BNB

TODD HAROLD COOPER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ~~DEFENDANT'S PROPOSED~~ PROTECTIVE ORDER

In order to allow Plaintiff to review discovery material potentially covered by the Privacy Act or otherwise protected from release:

**IT IS ORDERED that** Plaintiff is allowed to view video taken on September 11, 2005 (the day of his alleged assault by inmates) while incarcerated at Atwater, California, with the following limitations:

    1.    Plaintiff shall be allowed to review the videotape taken on September 11, 2005, regarding Plaintiff's alleged assault by making arrangements with Mr. Benjamin Brieschke, who works at Plaintiff's current place of incarceration.

    2.    Plaintiff will be allowed to take notes regarding the video.

    3.    If Plaintiff wishes to use the video as evidence in the case he shall seek leave to do so and shall support any motion by good cause. In advance of such filing, Plaintiff shall contact defense counsel to determine if a stipulation is possible.

4. If the Court deems it necessary to receive the video, BOP shall submit the video to counsel for defense who shall file the video under seal **consistent with the provisions of D.C.COLO.LCivR 7.2 and 7.3**.

5. ~~Plaintiff shall be responsible for the cost of duplicating the video for filing with the Court. If the video is allowed to be filed with the Court, Plaintiff will seek further instructions as to the format of the video to be filed.~~

6. For good cause shown either party may seek modification of this order.

DATED March 10, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on March 9, 2009, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

None

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant(s) in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

Plaintiff, *pro se*: (by mail)
Todd Henry Cooper
#18256-086
ADX - Florence
P.O. Box 8500
Florence, CO 81226


Agency Counsel: (by mail)
Ben Brieschke, Attorney Advisor
Federal Correctional Complex, Legal Division
5880 Highway 67 South
Florence, CO 81226


                                                            s/                  .
                                                            Andrea K. Hough
                                                            Legal Assistant
                                                            United States Attorney's Office
                                                            District of Colorado