IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01357-PAB-BNB

TODD HAROLD COOPER,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Sanction Defendants for Violating this Court's Order** [Doc. # 63, filed 03/12/2009] (the "Motion"). The Motion is DENIED.

On February 12, 2009, I ordered the defendant to provide supplemental discovery on or before March 6, 2009. The plaintiff states that "as of March 9, 2009, no material has been provided by defendants [sic] in this case pursuant to the court's order."

The defendant states that it served the supplemental discovery on March 6, 2009. Although certain delays apparently occurred in connection with the plaintiff viewing a video produced in response to my order, that has now been accomplished. All discovery required by my Order of February 12, 2009, has been made.

IT IS ORDERED that the Motion is DENIED.

Dated March 30, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge